# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Brett N. Rodgers, Chapter 13 Standing Trustee

Page 1

IN RE:
TIMOTHY DUANE HEINZELMAN　　　　Date　10/03/2018　　　　Case Number　18-00533-D
1329 BROOKMARK ST SE
GRAND RAPIDS MI 49508

TIMOTHY DUANE HEINZELMAN
1329 BROOKMARK ST SE
GRAND RAPIDS MI 49508

## NOTICE OF INTENT TO PAY CLAIMS

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 001-0 | VINCENT EDWARD CARLSON<br>VINCENT E CARLSON & ASSOCIATES PLC<br>2320 LAKE AVE | 02/13/2018 | 3,200.00 | 3,200.00 | | Legal |
| 002-0 | JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPT<br>PO BOX 901032 | 05/14/2018 | 6,321.00 | 6,321.00 | | Secured |
| 002-1 | JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPT<br>PO BOX 901032 | 05/14/2018 | | 2,257.95 | 1.86 | Unsecured |
| 003-0 | MORTGAGE CENTER LLC<br>29621 NORTHWESTERN HIGHWAY | 04/23/2018 | 99,812.50 | 108,768.24 | | Continue |
| 003-1 | MORTGAGE CENTER LLC<br>29621 NORTHWESTERN HIGHWAY | 04/23/2018 | | 10,306.81 | | Secured |
| 004-0 | ALLIED COLLECTION SERVICES<br>ALLIED BUSINESS SERVICES INC<br>PO BOX 1799 | | 735.00 | 0.00 | | Unsecured<br>Not Filed |
| 005-0 | AMERICAN EXPRESS CENTURION BAN<br>4315 SOUTH 2700 WEST<br>MAIL CODE 02-01-47 | | 6,324.00 | 0.00 | | Unsecured<br>Not Filed |
| 006-0 | ASSET ACCEPTANCE LLC<br>PO BOX 2036 | | 1,393.00 | 0.00 | | Unsecured<br>Not Filed |
| 007-0 | ALLIED COLLECTION SERVICES<br>ALLIED BUSINESS SERVICES INC<br>PO BOX 1799 | | 201.00 | 0.00 | | Unsecured<br>Not Filed |

Continued on Next Page

In RE:   TIMOTHY DUANE HEINZELMAN         Case Number   18-00533-D      10/3/2018

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 008-0 | MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011 | 04/06/2018 | 2,147.00 | 2,230.42 | 1.86 | Unsecured |
| 009-0 | CBM SERVICES INC<br>ATTN BANKRUPTCY DEPT<br>PO BOX 551 | | 55.00 | 0.00 | | Unsecured<br>Not Filed |
| 010-0 | CREDIT COLLECTIONS SVC<br>PO BOX 773 | | 57.00 | 0.00 | | Unsecured<br>Not Filed |
| 011-0 | CREDIT COLLECTIONS SERVICES<br>ATTENTION BANKRUPTCY<br>725 CANTON STREET | | 157.00 | 0.00 | | Unsecured<br>Not Filed |
| 012-0 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587 | 04/19/2018 | 929.00 | 944.05 | 1.86 | Unsecured |
| 013-0 | DISCOVER BANK<br>PO BOX 15316 | | 11,618.00 | 0.00 | | Unsecured<br>Not Filed |
| 014-0 | KEYBRIDGE MEDICAL REVENUE CARE<br>ATTN BANKRUPTCY<br>PO BOX 1568 | | 54.00 | 0.00 | | Unsecured<br>Not Filed |
| 015-0 | SOURCE RECVB<br>PO BOX 4068 | | 361.00 | 0.00 | | Unsecured<br>Not Filed |
| 016-0 | T MOBILE/T-MOBILE USA INC<br>AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248848 | 02/22/2018 | 522.00 | 522.35 | 1.86 | Unsecured |
| 017-0 | SYNCHRONY BANK<br>ATTN: BANKRTUPCY DEPT<br>PO BOX 965060 | | 159.00 | 0.00 | | Unsecured<br>Not Filed |
| 018-0 | US DEPARTMENT OF EDUCATION<br>PO BOX 790321 | 03/26/2018 | 20,878.00 | 20,912.99 | 1.86 | Unsecured |
| 019-0 | SPARTAN STORES YMCA<br>5722 METRO WAY SOUTH | | 0.00 | 0.00 | | Unsecured<br>Surrendered |

Continued on Next Page

Case:18-00533-swd    Doc #:43   Filed: 10/03/18    Page 3 of 6

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee                    Page   3

In RE:    TIMOTHY DUANE HEINZELMAN                               Case Number    18-00533-D    10/3/2018

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|---|---|---|---|---|---|---|
| 020-0 | VINCENT EDWARD CARLSON<br>VINCENT E CARLSON & ASSOCIATES PLC<br>2320 LAKE AVE | 02/13/2018 | 0.00 | 0.00 | | Continue |
| 021-0 | EVERT LESTER THOMAS LUKE FOOTE<br>2495 WIMPOLE ST | | 700.00 | 0.00 | | Unsecured<br>Not Filed |
| 022-0 | TERRY LUKE<br>13799 APPLE DR | | 0.00 | 0.00 | | Unsecured<br>Not Filed |
| 023-0 | CHERI HEINZELMAN<br>2805 WINDWOOD DR APT 15 | | 490.00 | 0.00 | | Unsecured<br>Not Filed |
| 772-0 | CLERK OF THE COURT<br>US BANKRUPTCY COURT<br>ONE DIVISION AVENUE NW ROOM 200 | 02/13/2018 | 310.00 | 310.00 | | Admin |
| TRS-0 | Brett N. Rodgers | | 0.00 | 0.00 | | Trustee |

|  | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 16,627.81 | 0.00 | 499.75 | 310.00 | 3,200.00 | 108,768.24 |

Total To Be Paid    129,405.80

/s/ Brett N. Rodgers
Brett N. Rodgers, Chapter 13 Trustee

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee                               Page   3

In RE:   TIMOTHY DUANE HEINZELMAN                     Case Number   18-00533-D    10/3/2018

## PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by BRETT N. RODGERS, CHAPTER 13 STANDING TRUSTEE

and that on the Date of Service I served the within
on: DEBTOR(S)

Date of Service:  10/3/2018

by first class mail with postage fully prepaid thereon.
Executed at Grand Rapids, Michigan on Date of Service.

/s/ Evie Powers

Evie Powers

Case:18-00533-swd    Doc #:43    Filed: 10/03/18    Page 6 of 6